IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CV-161-M

| SAMUEL JOYNER and ANNETTE JOYNER, | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) | **ORDER** |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |  |
| Defendant. | ) |  |

This matter is before the court on State Farm Fire and Casualty Company's Consent Motion to Stay Pending Appraisal [DE-11] for a stay of this case pending completion of the appraisal process as described in the motion. On November 8, 2021, the court held a telephone hearing to address the motion. For good cause shown by the reasons stated in the motion and by the parties on the record during the telephone hearing, the court GRANTS the Consent Motion to Stay pending the completion of the appraisal [DE-11].

IT IS ORDERED that this action and, as requested by the parties, all deadlines are STAYED from the date of this order until January 31, 2022 to allow the parties time to complete the appraisal process as described in the motion and supporting memorandum [DE-11, -12]. IT IS FURTHER ORDERED that the parties shall file a joint status report no later than January 31, 2022 advising the court of the status of the appraisal, and the parties' position(s) regarding further scheduling.

SO ORDERED, this the 8th day of November, 2021.

Brian S. Meyers
United States Magistrate Judge